AMERICAN LAND TITLE ASSOCIATION
OWNER'S POLICY
(10-17-92)

21  5262  106  00001228

# CHICAGO TITLE INSURANCE COMPANY

I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF THE ORIGINAL.

SUBJECT TO THE EXCLUSIONS FROM COVERAGE, THE EXCEPTIONS FROM COVERAGE CONTAINED IN SCHEDULE B AND THE CONDITIONS AND STIPULATIONS, CHICAGO TITLE INSURANCE COMPANY, a Missouri corporation, herein called the Company, insures, as of Date of Policy shown in Schedule A, against loss or damage, not exceeding the Amount of Insurance stated in Schedule A, sustained or incurred by the insured by reason of:

1. Title to the estate or interest described in Schedule A being vested other than as stated therein;
2. Any defect in or lien or encumbrance on the title;
3. Unmarketability of the title;
4. Lack of a right of access to and from the land.

The Company will also pay the costs, attorneys' fees and expenses incurred in defense of the title, as insured, but only to the extent provided in the Conditions and Stipulations.

*In Witness Whereof,* CHICAGO TITLE INSURANCE COMPANY has caused this policy to be signed and sealed as of Date of Policy shown in Schedule A, the policy to become valid when countersigned by an authorized signatory.

Issued by:
HOME TITLE COMPANY, INC.
Two East Fayette Street
Baltimore, MD 21202
(410) 727-2878

Laura I. Shanks Vice President

CHICAGO TITLE INSURANCE COMPANY
By:

President

By:

Secretary

ALTA Owner's Policy (10-17-92)

## SCHEDULE A

OWNERS

| OFFICE FILE NUMBER | POLICY NUMBER | DATE OF POLICY | AMOUNT OF INSURANCE | PREMIUM AMOUNT |
|---|---|---|---|---|
| 005903HT | 21 5262 106 00001228 | JUNE 27, 2000 | $201,710.00 | $ 337.00 |

1. Name of Insured: **PAUL KLATSKY AND HELEN KLATSKY**

2. The estate or interest in the land which is encumbered by the insured mortgage is **LEASEHOLD** and is subject to the payment of ground rent in the amount of $320.00 payable on the 15th of June and December in each and every year.

3. Title to the estate or interest in the land is vested in **PAUL KLATSKY AND HELEN KLATSKY** by virtue of a Deed dated **June 15, 2000** and recorded in Liber 14555, Folio 193 among the Land Records of Baltimore County, Maryland acquired from **Gin-How, LLC**.

4. The land herein described is encumbered by the following mortgage or trust deed, and assignments:
DEED OF TRUST FROM **PAUL KLATSKY AND HELEN KLATSKY**, DATED JUNE 15, 2000 AND RECORDED AMONG THE LAND RECORDS OF BALTIMORE COUNTY, MARYLAND ON JUNE 27, 2000 IN LIBER 14555, FOLIO 199, TO **JAMES N. BUSCIACCO**, TRUSTEE FOR **COMNET MORTGAGE SERVICES, A DIVISION OF COMMONWEALTH BANK**, SECURING A LOAN IN THE ORIGINAL PRINCIPAL AMOUNT OF $161,350.00.

5. The land referred to in this policy is described as follows:

**SEE EXHIBIT A ATTACHED HERETO**

HOME TITLE COMPANY, INC.

By: _____
Laura I. Shanks, Vice President, Authorized Agent

SCHEDULE A
Owners Form         This Policy valid only if Schedule B is attached.         CTOWN-A.LSS

EXHIBIT "A"

**BEING KNOWN AND DESIGNATED** as Unit # 52, Phase Twenty-Three in the Goldsborough Manor Condominium as established pursuant to a Declaration for Goldsborough Manor Condominium dated January 21, 1998, and recorded among the Land Records of Baltimore County in Liber S.M. No. 12645, folio 565 (and as the same may be lawfully amended from time to time), and pursuant to the condominium plat entitled "Condominium Plat, GOLDSBOROUGH MANOR, PHASE TWENTY THREE" dated March 2, 2000 and recorded at **Condominium Plat Book S.M. No. 23, folio 68** (and as the same may be lawfully amended from time to time); and subject to the By-Laws for said condominium recorded at Liber S.M. No. 12645, folio 582 (and as the same may be lawfully amended from time to time). Together with that undivided interest in the Common Elements of said Goldsborough Manor Condominium appurtenant to said Unit.

**TOGETHER** with all rights, privileges, covenants, restrictions, charges, easements and benefits set forth in the aforementioned Declaration, By-Laws and Plats and any amendments thereto, including an undivided percentage interest in the common elements and common expenses of the condominium regime as set forth in the said Declaration, By-Laws and Plats.

**THE IMPROVEMENTS** thereon being known as 2 Johnsborough Court, Unit No. 52.

## SCHEDULE B

Policy Number 21 5262 106 00001228
Owners

### EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:

**General Exceptions:**

(1) Rights or claims of parties in possession not shown by the public records.

(2) Encroachments, overlaps, boundary line disputes, or other matters which would be disclosed by an accurate survey and inspection of the premises.

(3) Easements, or claims of easements, not shown by the public records.

(4) Any lien, or right to a lien, for services, labor, or material heretofore or hereafter furnished, imposed by law and not shown by the public records.

(5) Taxes or special assessments which are not shown as existing liens by the public records.

Special Exceptions: The mortgage, if any, referred to in Item 4 of Schedule A.

1. Taxes and other public charges not now due and payable. (NOTE: The Policy to be issued specifically insures the insured as follows:
   a) If taxes are payable on an annual basis, taxes have been paid through the fiscal year ending June 30, 2000.
   b) If taxes are payable on a semi-annual basis, taxes and any applicable service charge have been paid through the June 30th and December 31st first following the Effective Date of the Policy to be issued, whichever of said dates is first to occur.)

SEE EXHIBIT "B" ATTACHED HERETO AND MADE A PART HEREOF

SCHEDULE B            Schedule B of this Policy consists of 1 pages
Owner's Form

CTOWN-B

Exhibit "B"

1. Taxes and other public charges not now due and payable. (NOTE: This Policy specifically insures the insured as follows:
a) If taxes are payable on an annual basis, taxes have been paid through the fiscal year ending June 30, 2000.
b) If taxes are payable on a semi-annual basis, taxes and any applicable service charge have been paid through the June 30th and December 31st first following the Effective Date of the herein Policy, whichever of said dates is the first to occur.)

2. Subject to real estate improvement taxes (only if Lender doesn't require escrow).

3. Subject to a Deed dated May 9, 1963 by and between The Johns Realty Company and John J. Schuster and Virginia Schuster as recorded among the Land Records of Baltimore County in Liber 4140, folio 128.

4. Subject to a Deed dated June 23, 1965 by and between John J. Schuster, Virginia Schuster, Robert L. Moser and Jean D. Moser as recorded among the Land Records of Baltimore County in Liber 4515, folio 459.

5. Subject to a Deed and Agreement dated January 2, 1997 by and between Bruce R. Carter, Margaret A. Carter and Ginhow L.L.C. as recorded among the Land Records of Baltimore County in Liber 11981, folio 345.

6. Subject to a Right of Way Agreement dated February 17, 1997 by and between Gin-How L.L.C. and Baltimore Gas and Electric Company as recorded among the Land Records of Baltimore County in Liber 12281, folio 024.

7. Subject to the terms and conditions contained in Goldsborough Manor Condominium Declaration dated January 21, 1998 as recorded among the Land Records of Baltimore County in Liber 12645, folio 564; First Amendment of Condominium Declaration dated December 9, 1998 and recorded among the aforesaid Land Records in Liber 13365, folio 597; Second Amendment recorded as aforesaid in Liber 13410, folio 685; Third Amendment recorded as aforesaid in Liber 13410, folio 685; Fourth Amendment recorded as aforesaid in Liber 13623, folio 210; Fifth Amendment recorded as aforesaid in Liber 13842, folio 729; Sixth Amendment recorded as aforesaid in Liber 13894, folio 171; Seventh Amendment recorded as aforesaid in Liber 13977, folio 488; the Eighth Amendment recorded as aforesaid in Liber 14194, folio 309; the Ninth amendment recorded as aforesaid in Liber 14218, folio 399; the Tenth Amendment recorded as aforesaid in Liber 14298, folio 209; the Eleventh Amendment recorded as aforesaid in Liber 14376, folio 30; the Twelfth Amendment recorded as aforesaid in Liber 14422, folio 357; and the Thirteen Amendment recorded as aforesaid.

8. Subject to the terms and conditions contained in Goldsborough Manor Condominium By-Laws dated January 21, 1998 as recorded among the Land Records of Baltimore County in Liber 12645, folio 582.

9. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Subdivision Plat, Goldsborough Manor, Tax Map Parcel 287", as recorded among the Land Records of Baltimore County in Plat Book S.M. 69, folio 35; amended at Liber 69, folio 67 and Liber 70, folio 49.

10. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Phasing Plan, Goldsborough Manor", recorded among the Land Records of Baltimore County in Plat Book S.M. 21, folio 55.

11. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase One", recorded among the Land Records of Baltimore County in Plat Book S.M. 21, folio 56; amended in Liber 21, folio 65.

12. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Twenty-Eight", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 34.

13. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "1st Amended Phasing Plan, (Stages of Possible Development of Condominiums), Goldsborough Manor", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 32.

14. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Eleven", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 27.

15. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Three", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 33.

16. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Nine", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 39.

17. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Twelve", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 40.

18. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Twenty-Four", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 41.

19. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Eighteen", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 69.

20. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Five", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 118.

21. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Twenty-One", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 119.

22. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Two", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 126.

23. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Four", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 127.

24. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Six", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 128.

25. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Nineteen", recorded among the Land Records of Baltimore County in Plat Book S.M. 22, folio 148.

26. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Twenty Seven", recorded among the Land Records of Baltimore County in Plat Book S.M. 23, folio 44.

27. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Eight", recorded among the Land Records of Baltimore County in Plat Book S.M. 23, folio 45.

28. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Ten", recorded among the Land Records of Baltimore County in Plat Book S.M. 23, folio 46.

29. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Twenty Five", recorded among the Land Records of Baltimore County in Plat Book S.M. 23, folio 47.

30. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Sixteen", recorded among the Land Records of Baltimore County in Plat Book S.M. 23, folio 62.

31. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Seventeen", recorded among the Land Records of Baltimore County in Plat Book S.M. 23, folio 67.

32. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Twenty Three", recorded among the Land Records of Baltimore County in Plat Book S.M. 23, folio 68.

33. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Twenty", recorded among the Land Records of Baltimore County in Plat Book S.M. 23, folio 73.

34. Subject to the building restriction lines, set back lines, notes, easements, restrictions, reservations, conditions, and limitations as shown on a plat entitled "Condominium Plat, Goldsborough Manor, Phase Fifteen", recorded among the Land Records of Baltimore County in Plat Book S.M. 23, folio 78.

This Policy insures that any past, present, future violations of the restrictions, covenants, building setback lines, easement areas, widening strips, partition walls, or other limitations and restrictions relating to the property insured herein will not work a forfeiture or reversion of title, or result in a lien or charge superior to the interest of the Deed of Trust to be insured herein, and that the same have not been violated as of the date of this policy. (LENDER"S POLICY ONLY)