EXHIBIT
11-30-05
(Lynch) #16

# The First American Corporation

• My FirstAm • Contact • Search • Home

FAF 47.96 +0.74 11/29/05 04:03 PM ET

SERVICES | E-BUSINESS | NEWS | DIRECTORY | INVESTORS | REFERENCES | COMPANY

Providing the Information
Resources of Today
With the Technology
of Tomorrow
First American. All you need to know.

***Think first. Think First American.***

The First American Corporation is the nation's leading provider of business information. Tracing its history to 1889, First American continues its commitment to service by providing the information resources businesses need to make timely and accurate decisions. Backed by industry-leading technology systems, First American delivers efficiency to support your business information needs.

## *HEADLINES*

**October 31, 2005**
THE FIRST AMERICAN CORPORATION ANNOUNCES COMMITTEE TO OVERSEE GOVERNMENTAL AND REGULATORY AFFAIRS

**October 26, 2005**
The First American Corporation Reports Record Results for the Third Quarter 2005

MORE

## ONLINE ORDER CENTER

- Eagle Central
- Home Warranty
- Signature Services
- FASTWeb
- EAGLE 9 UCC Insurance
- Vehicle Title Insurance

MORE

FORTUNE 500 COMPANY | Forbes 400 PLATINUM | Forbes TOP CEO | BARRON'S 10 Best

Legal Notices | Privacy | Copyright © 2005 The First American Corporation | Non - Flash Site

First American - Reference: Underwriting Tools
Page 1 of 1

The First American Corporation

• My FirstAm • Contact • Search • Home

FAF 47.96 +0.74 11/29/05 04:03 PM ET

SERVICES | E-BUSINESS | NEWS | DIRECTORY | INVESTORS | REFERENCES | COMPANY

UNDERWRITING TOOLS

- Title Fee Calculator
- Underwriting Library

OTHER REFERENCE

- Reference Home
- Buyer and Seller Information
- Reference Articles

Print This Page

# UNDERWRITING TOOLS

**Title Fees Calculator**
An Internet-based system which provides a user-friendly method of obtaining premium quotes on One-to-Four Family and Condominium Residential Property transactions.

**Underwriting Library**
The largest compilation of title material available on this planet, the Underwriting Library includes ten immense, wide-ranging volumes. Title policies, endorsements, issuing guidelines, forms, state-by-state information, articles by title authorities, state manuals, survey standards, specific county-by-county information are all at your fingertips.

Legal Notices | Privacy | Copyright © 2005 The First American Corporation|

http://www.firstam.com/faf/reference/uwtools.html
11/30/2005




**Welcome to *First American Title Company's* Title Fees Calculator!**

The Title Fees Calculator is an Internet-based system which provides our customers with a user-friendly method of obtaining premium quotes on One-to-Four Family and Condominium Residential Property transactions. Please click on a state shown below to get started.

*The Title Fees Calculator permits the computation of fees for title insurance transactions up to $3,000,000.00. For quotes on larger transactions, please contact your local First American Title Company office.*

Copyright © 1999 The First American Financial Corporation

First American Title Fee Calculator
Back to FASTWeb
First American Office Directory
Select a New State

What is the transaction amount?

$235,900

Continue Calculation

Copyright © 2000 The First American Corporation



Is this an Owner, Lender or Simultaneous Policy?

- Lender
- Owner
- Simultaneous

**Continue Calculation**

Copyright © 2000 The First American Corporation



First American Title Fee Calculator
Back to FASTWeb
First American Office Directory
Select a New State

Is this loan being made to the same borrower, on the same property and by the same lender who is currently insured by First American Title Company?

Yes

● No

**Continue Calculation**

Copyright © 2000 The First American Corporation

Title Fee Survey

Page 1 of 1

First American Title Fee Calculator
Back to FASTWeb
First American Office Directory
Select a New State

What is the face amount of the prior policy?

$201,710

**Continue Calculation**

Copyright © 2000 The First American Corporation

http://titlefees.firstam.com/TitleFees.ASP?WCI=Survey&WCE=Process

11/30/2005



First American Title Fee Calculator
Back to FASTWeb
First American Office Directory
Select a New State

Has the current borrower been insured as an owner or a borrower on this property, within the last 5 years?

- ● Yes
- No

**Continue Calculation**

Copyright © 2000 The First American Corporation

Title Fee Survey

Page 1 of 1

First American Title Fee Calculator
Back to FASTWeb
First American Office Directory
Select a New State

What is the face amount of the prior policy?

$224,000

**Continue Calculation**

Copyright © 2000 The First American Corporation

http://titlefees.firstam.com/TitleFees.ASP?WCI=Survey&WCE=Process

11/30/2005

First American Title Fee Calculator
Back to FASTWeb
First American Office Directory
Select a New State

Select Policy Type

Basic

● Eagle

Continue Calculation

Copyright © 2000 The First American Corporation





| | |
|---|---|
| **Quote:** | **$439.20** |
| **Total:** | **$439.20** |

The Premium above is based on the following conditions:
State is Maryland
Loan amount
Lender's Policy
Not being issued simultaneously w/owner's policy
Substitution Rate is not applicable
Reissue Rate is applicable
Prior policy amount
Eagle Policy

Notes:

1. 1987 ALTA Residential Title Insurance Policy Form (6-87) with EAGLE Protection Added
2. 1992 ALTA Loan Policy Form (10-17-92) with EAGLE Protection Added
3. 1992 ALTA Owner's Title Insurance Policy Form (10-17-92)
4. 1992 ALTA Loan Policy Form (10-17-92)
5. Quote is for the Risk Premium only
6. The premium quote for Maryland does not include Search, Exam, Escrow, Closing Services, Endorsements and other Pass Through charges.
7. To qualify for a premium discount rate: At the time of application, Insurer must be presented with either: (a) a copy of an existing owner's policy of title insurance, which insures the present owner, or (b) the current lender's title policy, which insures the present loan on the property.
8. In the case of a simultaneous issue, the EAGLE Premium Quote assumes that a 1987 ALTA Residential Title Insurance Policy Form (6-87) with EAGLE Protection Added and a 1992 ALTA Loan Policy Form (10-17-92) with EAGLE Protection Added are the policies being issued.
9. Effective Date of Premium Rates: March 1, 1998
10. Premium quotes are based on the information given at the time the title fee calculator is run. Any changes to the information may result in a change in the premium quote.

Copyright © 2000 The First American Corporation