Monday, October 03, 2005 07:29
Report: rptRemittedPolicy

Page 20

# First American Title Insurance Company
## Remitted Policies

**Branch:** Baltimore, MD
**Firm:** Huntington Title & Escrow, LLC
**Location:** Huntington Title & Escrow, LLC
3706 Crondall Lane, #100
Owings Mills, MD 21117

**Location Telephone:** 410-654-8801
**Client Type:**
**Salesperson:** Full Agent Shutinya, Harry

| Date Entered | Policy Date | Loan | Owner | Liability | Gross Premium | Net Premium | State | Policy Rec'd | Customer Ref# |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2004 | 02/12/2003 | 103497333 | NA | $150,000 | $450.00 | $90.00 | MD | Y | 02-4856 |
| 10/31/2004 | 06/25/2004 | 103497346 | 380950 | $160,000 | $697.00 | $139.40 | MD | Y | 03-8779 |
| 10/31/2004 | 07/21/2004 | 103497337 | NA | $36,600 | $120.00 | $24.00 | MD | Y | 04-9331 |
| 10/31/2004 | 05/28/2004 | 103497335 | NA | $128,000 | $384.00 | $76.80 | MD | Y | 04-9842 |
| 10/31/2004 | 02/12/2003 | 103497334 | NA | $295,000 | $858.00 | $171.60 | MD | Y | 02-4744 |
| 10/31/2004 | 07/21/2004 | 103497336 | NA | $146,400 | $223.00 | $44.60 | MD | Y | 04-9330 |
| 10/31/2004 | 03/02/2004 | 103497207 | NA | $130,500 | $393.00 | $78.60 | MD | Y | 03-9150 |
| 10/31/2004 | 10/10/2003 | 103497347 | 373105 | $254,000 | $1,089.40 | $217.88 | MD | Y | 03-8031 |
| 10/29/2002 | 07/26/2002 | 1251983 | NA | $763,500 | $952.20 | $190.44 | MD | Y | 02-3340 |
| 10/29/2002 | 06/07/2002 | 1251985 | NA | $250,000 | $625.00 | $125.00 | MD | Y | 02-3285 |
| 10/29/2002 | 06/07/2002 | 1251986 | NA | $278,350 | $683.00 | $136.60 | MD | Y | 02-3280 |
| 10/29/2002 | 07/19/2002 | 1251960 | NA | $178,500 | $268.50 | $53.70 | MD | Y | 02-3385 |
| 10/29/2002 | 10/04/2002 | 1251988 | NA | $467,900 | $1,061.00 | $212.20 | MD | Y | 02-3722 |
| 10/29/2002 | 10/03/2002 | 1251989 | NA | $235,000 | $587.50 | $117.50 | MD | Y | 02-3692 |
| 10/29/2002 | 09/12/2002 | 1251996 | NA | $98,100 | $247.50 | $49.50 | MD | Y | 02-3615 |

(Branch = Baltimore-MD AND Location = 20720)

FA 00550

Monday, October 03, 2005 07:29  
Report: rptRemittedPolicy

Page 21

# First American Title Insurance Company
## Remitted Policies

**Branch:** Baltimore, MD

**Firm:** Huntington Title & Escrow, LLC

**Location:** Huntington Title & Escrow, LLC  
3706 Crondall Lane, #100  
Owings Mills, MD 21117

Location Telephone: 410-654-8801  
Client Type: Full Agent  
Salesperson: Shutinya, Harry

| Date Entered | Policy Date | Loan | Owner | Liability | Gross Premium | Net Premium | State | Policy Rec'd | Customer Ref# |
|---|---|---|---|---|---|---|---|---|---|
| 10/29/2002 | 07/09/2002 | 340463 | NA | $300,700 | $872.40 | $174.48 | MD | Y | 02-3317 |
| 10/28/2004 | 01/05/2004 | 103497142 | NA | $294,000 | $855.60 | $171.12 | MD | Y | 03-8474 |
| 10/28/2004 | 08/12/2003 | 103497328 | NA | $64,000 | $192.00 | $38.40 | MD | Y | 03-6690 |
| 10/28/2004 | 05/13/2004 | 103497285 | NA | $82,800 | $249.00 | $49.80 | MD | Y | 04-9931 |
| 10/28/2004 | 11/14/2003 | 103497322 | NA | $162,000 | $486.00 | $97.20 | MD | Y | 03-7756 |
| 10/28/2004 | 08/11/2003 | 103497323 | NA | $58,000 | $174.00 | $34.80 | MD | Y | 03-7428 |
| 10/28/2004 | 04/21/2003 | 103497320 | NA | $211,000 | $633.00 | $126.60 | MD | Y | 03-5969 |
| 10/28/2004 | 01/21/2003 | 103497325 | NA | $108,000 | $324.00 | $64.80 | MD | Y | 02-4783 |
| 10/28/2004 | 07/12/2004 | 103497286 | NA | $81,000 | $243.00 | $48.60 | MD | Y | 04-9936 |
| 10/28/2004 | 05/12/2004 | 103497156 | NA | $133,370 | $252.00 | $50.40 | MD | Y | 04-9736 |
| 10/28/2004 | 05/19/2004 | 103497278 | NA | $21,207 | $120.00 | $24.00 | MD | Y | 03-9108 |
| 10/28/2004 | 03/11/2004 | 103497281 | NA | $256,000 | $764.40 | $152.88 | MD | Y | 04-9384 |
| 10/28/2004 | 11/08/2002 | 103497326 | NA | $80,500 | $243.00 | $48.60 | MD | Y | 02-4122 |
| 10/28/2004 | 04/05/2002 | 103497327 | NA | $119,000 | $357.00 | $71.40 | MD | Y | 02-3085 |
| 10/28/2004 | 05/10/2004 | 103497279 | NA | $154,800 | $465.00 | $93.00 | MD | Y | 04-9519 |

Branch = Baltimore, MD AND Location = 20720

FA 00551

Monday, October 03, 2005 07:29
Report: rptRemittedPolicy

Page 22

## First American Title Insurance Company
## Remitted Policies

**Branch:** Baltimore, MD
**Firm:** Huntington Title & Escrow, LLC
**Location:** Huntington Title & Escrow, LLC
3706 Crondall Lane, #100
Owings Mills, MD 21117

Location Telephone: 410-654-8801
Client Type: Full Agent
Salesperson: Shutinya, Harry

| Date Entered | Policy Date | Loan | Owner | Liability | Gross Premium | Net Premium | State | Policy Rec'd | Customer Ref# |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/2004 | 02/27/2004 | 103497290 | NA | $291,000 | $848.40 | $169.68 | MD | Y | 04-9304 |
| 10/28/2004 | 05/18/2004 | 103497284 | NA | $326,400 | $934.80 | $186.96 | MD | Y | 04-9824 |
| 10/28/2004 | 12/04/2003 | 103497140 | NA | $103,500 | $312.00 | $62.40 | MD | Y | 03-8454 |
| 10/28/2004 | 09/01/2004 | 103497138 | NA | $183,000 | $549.00 | $109.80 | MD | Y | 03-8409 |
| 10/28/2004 | 05/12/2004 | 103497155 | NA | $350,000 | $594.00 | $118.80 | MD | Y | 04-9758 |
| 10/28/2004 | 01/06/2003 | 103497324 | NA | $100,000 | $300.00 | $60.00 | MD | Y | 02-3220 |
| 10/28/2004 | 05/05/2004 | 103497280 | NA | $140,888 | $423.00 | $84.60 | MD | Y | 04-9453 |
| 10/28/2004 | 01/21/2004 | 103497139 | NA | $180,000 | $540.00 | $108.00 | MD | Y | 03-8422 |
| 10/28/2004 | 04/28/2004 | 103497289 | NA | $113,500 | $342.00 | $68.40 | MD | Y | 04-9621 |
| 10/28/2004 | 02/17/2004 | 103497141 | NA | $15,000 | $120.00 | $24.00 | MD | Y | 03-8470 |
| 10/27/2004 | 03/24/2004 | 103497269 | NA | $98,500 | $297.00 | $59.40 | MD | Y | 04-9406 |
| 10/27/2004 | 03/29/2004 | 103497310 | NA | $113,100 | $342.00 | $68.40 | MD | Y | 04-9416 |
| 10/27/2004 | 04/12/2004 | 103497306 | NA | $282,000 | $826.80 | $165.36 | MD | Y | 04-9358 |
| 10/27/2004 | 03/23/2004 | 103497292 | NA | $333,700 | $951.60 | $190.32 | MD | Y | 04-9349 |
| 10/27/2004 | 04/05/2004 | 103497271 | NA | $150,000 | $450.00 | $90.00 | MD | Y | 03-5072 |

Branch: Baltimore, MD AND Location = 20720

FA 00552

Monday, October 03, 2005 07:29
Report: rptRemittedPolicy

Page 23

## First American Title Insurance Company
## Remitted Policies

**Branch:** Baltimore, MD
**Firm:** Huntington Title & Escrow, LLC
**Location:** Huntington Title & Escrow, LLC
3706 Crondall Lane, #100
Owings Mills, MD 21117

**Location Telephone:** 410-654-8801
**Client Type:**
**Salesperson:** Full Agent
Shutinya, Harry

| Date Entered | Policy Date | Loan | Owner | Liability | Gross Premium | Net Premium | State | Policy Rec'd | Customer Ref# |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2004 | 04/22/2004 | 103497291 | NA | $178,327 | $508.65 | $101.73 | MD | Y | 04-9305 |
| 10/27/2004 | 03/12/2004 | 103497309 | NA | $22,000 | $120.00 | $24.00 | MD | Y | 04-9386 |
| 10/27/2004 | 04/14/2004 | 103497275 | NA | $312,850 | $901.20 | $180.24 | MD | Y | 04-9645 |
| 10/27/2004 | 04/29/2003 | 103497274 | NA | $180,000 | $540.00 | $108.00 | MD | Y | 03-6235 |
| 10/27/2004 | 03/10/2004 | 103497304 | NA | $86,275 | $261.00 | $52.20 | MD | Y | 04-9389 |
| 10/27/2004 | 03/01/2004 | 103497302 | NA | $166,000 | $498.00 | $99.60 | MD | Y | 04-9387 |
| 10/27/2004 | 03/04/2004 | 103497294 | NA | $166,500 | $501.00 | $100.20 | MD | Y | 04-9341 |
| 10/27/2004 | 04/07/2004 | 103497312 | NA | $194,400 | $585.00 | $117.00 | MD | Y | 04-9423 |
| 10/27/2004 | 05/21/2004 | 103497267 | NA | $209,000 | $627.00 | $125.40 | MD | Y | 04-9355 |
| 10/27/2004 | 03/16/2004 | 103497311 | NA | $235,000 | $705.00 | $141.00 | MD | Y | 04-9417 |
| 10/27/2004 | 03/08/2004 | 103497313 | NA | $115,800 | $348.00 | $69.60 | MD | Y | 04-9424 |
| 10/27/2004 | 04/06/2004 | 103497203 | NA | $156,500 | $282.60 | $56.52 | MD | Y | 04-9249 |
| 10/27/2004 | 04/26/2004 | 103497296 | NA | $191,200 | $576.00 | $115.20 | MD | Y | 04-9496 |
| 10/27/2004 | 03/11/2004 | 103497301 | NA | $213,000 | $639.00 | $127.80 | MD | Y | 04-9413 |
| 10/27/2004 | 04/23/2004 | 103497295 | NA | $130,200 | $393.00 | $78.60 | MD | Y | 03-8816 |

Branch = Baltimore, MD AND Location = 20/20

FA 00553

Monday, October 03, 2005 07:29
Report: rptRemittedPolicy

Page 24

# First American Title Insurance Company
## Remitted Policies

**Branch:** Baltimore, MD
**Firm:** Huntington Title & Escrow, LLC
**Location:** Huntington Title & Escrow, LLC
3706 Crondall Lane, #100
Owings Mills, MD 21117

Location Telephone: 410-654-8801
Client Type:
Salesperson: Full Agent Shutinya, Harry

| Date Entered | Policy Date | Loan | Owner | Liability | Gross Premium | Net Premium | State | Policy Rec'd | Customer Ref# |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2004 | 04/30/2004 | 103497316 | NA | $27,500 | $120.00 | $24.00 | MD | Y | 04-9482 |
| 10/27/2004 | 02/20/2004 | 103497293 | NA | $99,500 | $300.00 | $60.00 | MD | Y | 04-9310 |
| 10/27/2004 | 02/13/2004 | 103497204 | NA | $212,000 | $636.00 | $127.20 | MD | Y | 04-9254 |
| 10/22/2002 | 06/11/2002 | 340473 | NA | $455,000 | $745.20 | $149.04 | MD | Y | 01-2807 |
| 10/19/2004 | 05/06/2004 | 103497212 | NA | $100,000 | $300.00 | $60.00 | MD | Y | 04-9356 |
| 10/19/2004 | 05/17/2004 | 103497251 | NA | $296,650 | $862.80 | $172.56 | MD | Y | 03-8592 |
| 10/19/2004 | 05/17/2004 | 103497248 | NA | $80,500 | $243.00 | $48.60 | MD | Y | 04-9521 |
| 10/19/2004 | 07/13/2004 | 103497112 | NA | $112,500 | $203.40 | $40.68 | MD | Y | 04-10134 |
| 10/19/2004 | 05/17/2004 | 103497250 | NA | $220,000 | $660.00 | $132.00 | MD | Y | 04-9308 |
| 10/19/2004 | 05/17/2004 | 103497249 | NA | $49,600 | $150.00 | $30.00 | MD | Y | 04-9309 |
| 10/19/2004 | 03/29/2004 | 103497258 | NA | $39,000 | $120.00 | $24.00 | MD | Y | 04-9380 |
| 10/19/2004 | 03/24/2004 | 103497129 | NA | $200,000 | $600.00 | $120.00 | MD | Y | 04-9517 |
| 10/19/2004 | 12/04/2002 | 103497261 | NA | $64,800 | $195.00 | $39.00 | MD | Y | 02-4629 |
| 10/19/2004 | 09/22/2003 | 103497095 | NA | $114,500 | $207.00 | $41.40 | MD | Y | 03-7894 |
| 10/19/2004 | 06/24/2004 | 103497149 | NA | $212,000 | $636.00 | $127.20 | MD | Y | 04-9841 |

Branch=Baltimore, MD AND Location=20720

FA 00554

Monday, October 03, 2005 07:29
Report: rptRemittedPolicy

Page 25

# First American Title Insurance Company
## Remitted Policies

**Branch:** Baltimore, MD
**Firm:** Huntington Title & Escrow, LLC
**Location:** Huntington Title & Escrow, LLC
3706 Crondall Lane, #100
Owings Mills, MD 21117

**Location Telephone:** 410-654-8801
**Client Type:**
**Salesperson:**
**Full Agent:** Shutinya, Harry

| Date Entered | Policy Date | Loan | Owner | Liability | Gross Premium | Net Premium | State | Policy Rec'd | Customer Ref# |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2004 | 07/01/2004 | 103497116 | NA | $146,000 | $438.00 | $87.60 | MD | Y | 04-9950 |
| 10/19/2004 | 04/12/2004 | 103497252 | NA | $137,250 | $414.00 | $82.80 | MD | Y | 04-9562 |
| 10/19/2004 | 08/08/2004 | 103497111 | NA | $100,000 | $300.00 | $60.00 | MD | Y | 04-10207 |
| 10/19/2004 | 04/14/2004 | 103497222 | NA | $96,000 | $172.80 | $34.56 | MD | Y | 03-9022 |
| 10/19/2004 | 05/06/2004 | 103497211 | NA | $302,950 | $877.20 | $175.44 | MD | Y | 04-9374 |
| 10/19/2004 | 05/12/2004 | 103497185 | NA | $231,000 | $693.00 | $138.60 | MD | Y | 04-9327 |
| 10/19/2004 | 04/09/2004 | 103497259 | NA | $136,000 | $408.00 | $81.60 | MD | Y | 04-9470 |
| 10/19/2004 | 04/02/2004 | 103497257 | NA | $92,000 | $276.00 | $55.20 | MD | Y | 04-9422 |
| 10/19/2004 | 05/06/2004 | 103497210 | NA | $32,350 | $120.00 | $24.00 | MD | Y | 04-9314 |
| 10/19/2004 | 04/01/2004 | 103497179 | NA | $90,000 | $270.00 | $54.00 | MD | Y | 03-9068 |
| 10/19/2004 | 05/06/2004 | 103497189 | NA | $357,600 | $1,009.20 | $201.84 | MD | Y | 04-9594 |
| 10/19/2004 | 05/11/2004 | 103497217 | NA | $96,000 | $288.00 | $57.60 | MD | Y | 04-9282 |
| 10/19/2004 | 07/07/2004 | 103497108 | NA | $35,000 | $120.00 | $24.00 | MD | Y | 04-10128 |
| 10/19/2004 | 08/26/2003 | 103497221 | NA | $28,900 | $120.00 | $24.00 | MD | Y | 03-8249 |
| 10/19/2004 | 04/14/2004 | 103497223 | NA | $42,500 | $129.00 | $25.80 | MD | Y | 03-9024 |

Branch = Baltimore, MD AND Location = 20720

FA 00555

Monday, October 03, 2005 07:29
Report: rptRemittedPolicy

Page 26

# First American Title Insurance Company
## Remitted Policies

**Branch:** Baltimore, MD
**Firm:** Huntington Title & Escrow, LLC
**Location:** Huntington Title & Escrow, LLC
3706 Crondall Lane, #100
Owings Mills, MD 21117

**Location Telephone:** 410-654-8801
**Client Type:**
**Salesperson:** Full Agent
Shulinya, Harry

| Date Entered | Policy Date | Loan | Owner | Liability | Gross Premium | Net Premium | State | Policy Rec'd | Customer Ref# |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2004 | 12/30/2003 | 103497174 | NA | $228,000 | $410.40 | $82.08 | MD | Y | 03-9058 |
| 10/19/2004 | 10/29/2003 | 101530650 | NA | $140,982 | $423.00 | $84.60 | MD | Y | 03-6820 |
| 10/19/2004 | 07/16/2004 | 103497253 | NA | $118,500 | $357.00 | $71.40 | MD | Y | 04-10077 |
| 10/19/2004 | 07/07/2004 | 103497113 | NA | $121,600 | $356.00 | $73.20 | MD | Y | 04-10149 |
| 10/19/2004 | 08/24/2004 | 103497186 | NA | $230,000 | $414.00 | $82.80 | MD | Y | 04-10520 |
| 10/19/2004 | 03/29/2004 | 103497256 | NA | $156,000 | $468.00 | $93.60 | MD | Y | 04-9379 |
| 10/19/2004 | 02/27/2004 | 103497181 | NA | $168,000 | $504.00 | $100.80 | MD | Y | 03-9072 |
| 10/19/2004 | 02/18/2004 | 103497229 | NA | $225,000 | $675.00 | $135.00 | MD | Y | 04-9291 |
| 10/18/2004 | 12/30/2003 | 103497133 | NA | $167,000 | $501.00 | $100.20 | MD | Y | 03-8245 |
| 10/18/2004 | 08/26/2003 | 103497220 | NA | $215,200 | $648.00 | $129.60 | MD | Y | 03-7168 |
| 10/18/2004 | 10/31/2003 | 103497130 | NA | $122,000 | $366.00 | $73.20 | MD | Y | 03-8017 |
| 10/18/2004 | 08/27/2004 | 103497219 | NA | $165,000 | $495.00 | $99.00 | MD | Y | 03-7304 |
| 10/18/2004 | 02/25/2004 | 103497169 | NA | $142,500 | $429.00 | $85.80 | MD | Y | 03-8860 |
| 10/18/2004 | 02/17/2004 | 103497166 | NA | $69,900 | $210.00 | $42.00 | MD | Y | 03-8783 |
| 10/18/2004 | 03/01/2004 | 103497168 | NA | $215,000 | $645.00 | $129.00 | MD | Y | 03-8848 |

Branch=Baltimore, MD AND Location=20720

FA 00556

Monday, October 03, 2005 07:29
Report: rptRemittedPolicy

Page 27

## First American Title Insurance Company
## Remitted Policies

**Branch:** Baltimore, MD
**Firm:** Huntington Title & Escrow, LLC
**Location:** Huntington Title & Escrow, LLC
3706 Crondall Lane, #100
Owings Mills, MD21117

Location Telephone: 410-654-8801
Client Type:
Salesperson: Full Agent Shutinya, Harry

| Date Entered | Policy Date | Loan | Owner | Liability | Gross Premium | Net Premium | State | Policy Rec'd | Customer Ref# |
|---|---|---|---|---|---|---|---|---|---|
| 10/18/2004 | 02/11/2003 | 103497242 | NA | $55,983 | $168.00 | $33.60 | MD | Y | 03-5246 |
| 10/18/2004 | 01/06/2003 | 103497246 | NA | $194,630 | $585.00 | $117.00 | MD | Y | 03-9054 |
| 10/18/2004 | 02/19/2004 | 103497167 | NA | $146,475 | $441.00 | $88.20 | MD | Y | 03-8834 |
| 10/18/2004 | 01/16/2004 | 103497132 | NA | $152,000 | $456.00 | $91.20 | MD | Y | 03-8150 |
| 10/18/2002 | 03/13/2002 | 340472 | NA | $96,000 | $288.00 | $57.60 | MD | Y | 01-2465 |
| 10/13/2004 | 01/16/2004 | 103497098 | NA | $124,000 | $372.00 | $74.40 | MD | Y | 03-7514 |
| 10/13/2004 | 07/14/2003 | 103497100 | NA | $153,900 | $462.00 | $92.40 | MD | Y | 03-7390 |
| 10/13/2004 | 12/30/2003 | 103497135 | NA | $128,160 | $387.00 | $77.40 | MD | Y | 03-8274 |
| 10/13/2004 | 03/15/2004 | 103497195 | NA | $147,000 | $441.00 | $88.20 | MD | Y | 03-9095 |
| 10/13/2004 | 11/07/2003 | 103497136 | NA | $146,850 | $441.00 | $88.20 | MD | Y | 03-8377 |
| 10/13/2004 | 01/19/2004 | 103497171 | NA | $100,000 | $300.00 | $60.00 | MD | Y | 03-8891 |
| 10/13/2004 | 02/19/2003 | 103497126 | NA | $110,736 | $333.00 | $66.60 | MD | Y | 03-7728 |
| 10/13/2004 | 09/02/2004 | 103497215 | NA | $174,250 | $525.00 | $105.00 | MD | Y | 04-9388 |
| 10/13/2004 | 01/15/2004 | 103497131 | NA | $140,000 | $252.00 | $50.40 | MD | Y | 03-8149 |
| 10/13/2004 | 01/29/2004 | 103497193 | NA | $366,400 | $1,006.80 | $201.36 | MD | Y | 03-9094 |

Branch= Baltimore, MD AND Location =20720

FA 00557